# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

EDIBLE IP, LLC; and EDIBLE ARRANGEMENTS, LLC,

    Plaintiffs,

v.

WORLD MEDIA GROUP, LLC,

    Defendant.

CIVIL ACTION

NO: 1:20-CV-03259-ELR

## ORDER

Presently before the Court is Defendant World Media Group, LLC's "Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue" [Doc. 10] and the Parties' "Joint Motion for Entry of Agreed Upon Order Denying Motion to Dismiss and Granting Motion to Transfer Venue." [Doc. 16]. For good cause shown, the Court **GRANTS** the Parties' "Joint Motion for Entry of Agreed Order Denying Motion to Dismiss and Granting Motion to Transfer Venue." [Doc. 16].

Thus, the Court **GRANTS IN PART AND DENIES IN PART** Defendant World Media Group, LLC's "Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue." [Doc. 10]. Specifically, the Court **DENIES** the Motion to Dismiss, but **GRANTS** the Motion to Transfer Venue.

Accordingly, the Court **DIRECTS** the Clerk to **TRANSFER** this case to United States District Court for the District of New Jersey, Trenton Division.

**SO ORDERED**, this 14th day of December, 2020.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia